PHILLIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | CASE NO.  2:14−cv−02687−MCE−KJN<br><br>**STIPULATION AND ORDER REGARDING UNITED STATES' MOTION FOR SUMMARY JUDGMENT HEARING DATE AND ASSOCIATED BRIEFING SCHEDULE** |

On June 9, 2016, the United States filed a motion for summary judgment in this action, noticed for August 4, 2016.  *See* Dkt. No. 10.  That date is not available on the Court's calendar and was vacated by the Court.  *See* Minute Order, Dkt. No. 11.  The parties have met and conferred, and hereby stipulate and propose as follows:

   1.  That the motion filed June 9, 2016, be re-set for July 14, 2016;

   2.  That any opposition to the motion be filed on or before June 30, 2016.

   3.  That any reply brief be filed on or before July 7, 2016.

Respectfully submitted,

DATED: June 14, 2016                      PHILLIP A. TALBERT
                                          Acting United States Attorney

                                          By: */s/ Gregory T. Broderick*
                                              GREGORY T. BRODERICK
                                              Assistant United States Attorney


DATED: June 14, 2016         By:   */s/ Mark Nivinskus* (authorized 6/14/2016)
                                   MARK R. NIVINSKUS
                                   Attorney for Plaintiff Progressive Direct
                                   Insurance Company

**Stip. and Order re U.S. MSJ Hearing Date and Briefing Schedule**                    1

**PORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. That the United States' motion for summary judgment (Dkt. No. 10), filed June 9, 2016, is hereby re-set for July 14, 2016 at 2:00 p.m.;

2. That any opposition to the motion be filed on or before June 30, 2016.

3. That any reply brief be filed on or before July 7, 2016.

**IT IS SO ORDERED**.

Dated: June 17, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE