PHILLIP A. TALBERT
Acting United States Attorney
GREGORY T. BRODERICK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NO.  2:14−cv−02687−MCE−KJN<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

　　　　On June 27, 2016, the parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), providing that this matter be dismissed with prejudice with each side to bear its own fees and costs.  (*See* Dkt. No. 14).  Thus, the parties hereby stipulate and propose that the Court enter an Order vacating all dates in this matter and dismissing this case with prejudice.

Respectfully submitted,

DATED: June 27, 2016　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　　By:  */s/ Gregory T. Broderick*
　　　　　　　　　　　　　　　　　　　　　　　　GREGORY T. BRODERICK
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


DATED: June 27, 2016　　　　　　　　　　　By:  */s/ Mark Nivinskus* (authorized 6/27/2016)
　　　　　　　　　　　　　　　　　　　　　　　　MARK R. NIVINSKUS
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Progressive Direct
　　　　　　　　　　　　　　　　　　　　　　　　Insurance Company

**ORDER**

Based on the parties stipulation, and pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED THAT**:**

1. All dates in this matter are hereby vacated; and
2. This action is dismissed with prejudice, each side to bear its own fees and costs.
3. The Clerk of Court shall close the file since the matter is now concluded in its entirety.

**IT IS SO ORDERED**.

Dated: June 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE